# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| KATIE D. SCOTT and<br>LINDA ATTKISSON FOSTER,<br><br>    Plaintiffs,<br><br>v.<br><br>MIDLAND NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>    Defendant. | No. |

## NOTICE OF REMOVAL

Defendant Midland National Life Insurance Company ("Midland") pursuant to United States Code Title 28, §1446, notifies this Honorable Court that this civil action is removed from the Circuit Court for Maury County, Tennessee to the United States District Court for the Middle District of Tennessee, Columbia Division, and in support of this notice states:

1. On or after August 18, 2011, Defendant was sued via the State of Tennessee Department of Commerce and Insurance, and the complaint named Midland as the sole Defendant. The Tennessee Insurance Department's transmittal letter and the summons, complaint, and exhibits to the complaint which were served on Midland are attached as Exhibit A.

2. No other process, pleadings or orders have been served upon Midland.

3. The Plaintiffs' complaint seeks $250,000 in death benefits under Midland's life insurance policy number 1502893597, which policy was previously issued to insure the life of George M. Foster.

4. The Plaintiffs are and were at the time of the filing of their complaint citizens and residents of the State of Tennessee and were not citizens or residents of the State of Iowa.

5. Midland is a corporation which is incorporated under the laws of Iowa and which has its principal place of business in Iowa.

6. Complete diversity of citizenship exists between the Plaintiffs and Midland and the statutory jurisdictional prerequisite for removal is met.

7. This notice of removal of this civil action is filed by Midland within thirty days of the service of the pleading establishing a removal claim against it.

WHEREFORE, Midland National Life Insurance Company notifies this Honorable Court that this cause is removed from the Circuit Court for Maury County, Tennessee, to the United States District Court for the Middle District of Tennessee, Columbia Division pursuant to the provisions of 28 U.S.C. §1441.

Respectfully Submitted,

Katharine R. Cloud (BPR No. 19336)
Stuart A. Burkhalter (BPR No. 29078)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737
kcloud@rwjplc.com
sburkhalter@rwjplc.com

Joseph J. Hasman
Morgan J. Milner
Chittenden, Murday & Novotny LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following via U.S. mail:

Larry Sands
P.O. Box 1660
Columbia, TN 38402-1660
*Attorney for Linda Attkisson Foster*

Jerry C. Colley
P.O. Box 1476
Columbia, TN 38402-1476
*Attorney for Katie D. Scott*

On this 15th day of September, 2011.