(1502893597)

LEGAL
AUG 30 2011

**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
PH - 615.532.5260, FX - 615.532.2788
brenda.meade@tn.gov

AUG 30 '11 CL PM 4:30

August 25, 2011

Midland National Life Insurance Company
One Midland Plaza
Sioux Falls, SD 57193
NAIC # 66044

Certified Mail
Return Receipt Requested
7011 0470 0000 5066 4566
Cashier # 4839

Re: Katie D. Scott & Linda A. Foster V. Midland National Life Insurance Company

Docket # 13965

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served August 18, 2011, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
    Maury County
    Courthouse, Rm 202
    Columbia, Tn 38401


EXHIBIT
A

# STATE OF TENNESSEE
## MAURY COUNTY

### CIRCUIT COURT AT COLUMBIA, TENN.

KATIE D. SCOTT
LINDA ATTKISSON FOSTER
Plaintiff

VERSUS

MIDLAND NATIONAL LIFE INS. CO.
Defendant

Number 13965

**CIRCUIT COURT SUMMONS**

AUG 30 '11 CL PM 4:30

TO MIDLAND NATIONAL LIFE INS. CO, ONE SAMMONS PLAZA
Defendant in the above entitled civil action: SIOUX FALLS, S.D. 57193
You are hereby summoned, and required to serve upon JERRY COLLEY + LARRY SANDS
plaintiff's attorney whose address is PO BOX 1476 COLUMBIA, TN 38402
an answer to the COMPLAINT
which is herewith served upon you within thirty (30) days after service of this summons upon you, exclusive of the day of service. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney.

In case of your failure to defend this action by above date, judgement by default can be rendered against you for the relief demanded in the complaint.

Attested to on date issued ___ **KATHY KELLEY**
Circuit Court Clerk

Issued: August 11, 2011    By: aw
D.C.

### NOTICE

**TO THE DEFENDANT (S):**

Tennessee law provides a four thousand dollar ($4,000.00) personal property exemption from execution or seizure to satisfy a judgement. If a judgement should be against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgement becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

ATTORNEY FOR PLAINTIFF JERRY COLLEY + LARRY SANDS
PO BOX 1476, COLUMBIA, TN 38402
ADDRESS

OR
PLAINTIFF'S ADDRESS ___

**TO THE SHERIFF:**
Please execute this summons and make your return hereon as provided by law.

**KATHY KELLEY**
Circuit Court Clerk

Received this summons for service this ___ day of ___

SHERIFF

CIR-02

Case 1:11-cv-00076   Document 1-1   Filed 09/15/11   Page 2 of 7 PageID #: 5

IN THE CIRCUIT COURT FOR MAURY COUNTY, TENNESSEE
AT COLUMBIA

KATIE D. SCOTT and )
LINDA ATTKISSON FOSTER, )
 )
    Plaintiff, )
 )
v. ) No: 13965
 )
MIDLAND NATIONAL LIFE INSURANCE COMPANY, )
 )
    Defendant. )

# COMPLAINT

Come the Plaintiffs, Katie D. Scott and Linda Attkisson Foster, and for cause of action state as follows:

1. Katie D. Scott is a resident of Maury County, Tennessee, residing at 3877 Buck Matthews Road, Columbia, Tennessee 38401 and Linda Attkisson Foster is a resident of Maury County, Tennessee, residing at 2454 Valley Creek Road, Culleoka, Tennessee.

2. Defendant, Midland National Life Insurance Company, is a corporation licensed to do business and doing business at One Sammons Plaza, Sioux Falls, SD 57193 and is engaged in the business of selling life insurance. This Defendant does business in the State of Tennessee.

3. The Defendant sold a life insurance policy to George M. Foster insuring the life of George M. Foster who is now deceased. The Plaintiffs are the sole beneficiaries in said policy which is in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00). The policy number is 1502893597. Schedule of Policy Benefits is attached hereto as Exhibit A.

4. On 11/9/10, the Insured died in what the police have determined to be homicide. On that date said insurance policy was in full force and effect.

STATE OF TENNESSEE MAURY COUNTY
I, the undersigned clerk, do hereby certify that this is a true and correct copy of the original of this istrument. This _____ day of August _____ 20__

5. After the death of the Insured the Plaintiffs filed a claim for the proceeds of said policy on a form provided by the Defendant. This claim was filed on 11/12/10. The claim was timely filed along with a copy of the Death Certificate confirming the death of George M. Foster, deceased.

6. The death of George M. Foster, deceased, was determined to be a homicide by the Investigating Authorities. The Insured was found shot to death in his automobile. The Defendant has failed and refused to pay said claim even though the Plaintiffs are not responsible for the death of the Insured. The Plaintiff, Katie D. Scott was actually at work at the First Farmers Bank in Columbia, Tennessee and was at her home over fifteen (15) miles away from the scene of the crime during which timeframe Foster must have been killed. The Plaintiff, Linda Attkisson Foster, was not at work but was at her home in Culleoka, Tennessee, during the timeframe in which George Foster must have been killed.

**THEREFORE PLAINTIFF PRAYS** for judgment against the Defendant for damages in the amount of the face amount of the policy which is Two Hundred Fifty Thousand Dollars ($250,000.00) and for any interest which may have accrued. Plaintiff further prays for any relief to which she may be justly and properly entitled.

**COLLEY & COLLEY**

By: _____
JERRY C. COLLEY #2375
Attorney for Katie D. Scott
PO Box 1476
Columbia TN 38402-1476
931-388-8564

By: _____
LARRY SANDS #11667
Attorney for Linda Attkisson Foster
PO Box 1660
Columbia TN 38402-1660
931-381-1965

## SURETY BOND

We are sureties for the costs of this case not to exceed One Thousand Dollars ($1000.00).

_____
KATIE D. SCOTT

_____ By JDS
LINDA ATTKISSON FOSTER          Attorney

_____
JERRY C. COLLEY

_____
LARRY SANDS

## SCHEDULE OF POLICY BENEFITS

| | | | |
|---|---|---|---|
| **OWNER:** | GEORGE M FOSTER | **POLICY NUMBER:** | 1502893697 |
| **INSURED:** | GEORGE M FOSTER | **POLICY DATE:** | 02/10/2010 |
| **SEX:** | Male | **FACE AMOUNT:** | $255,000 |
| **BENEFICIARY:** | Refer to Application | **POLICY AGE ON POLICY DATE:** | 67 |
| **TOTAL POLICY PREMIUM:** | $2,550.50 payable Quarterly * | **CONVERSION AVAILABLE TO:** | 02/10/2018 |
| **PREMIUM CLASS:** | Tobacco | **PREMIUM GUARANTEE PERIOD:** | 10 POLICY YEARS |

**DESCRIPTION OF BASE POLICY BENEFITS**           **EXPIRY DATE**

ADJUSTABLE PREMIUM LEVEL TERM INSURANCE TO POLICY AGE 95                02/10/2038

* SUBJECT TO THE CHANGE OF PREMIUM PROVISION, SEE SECTION 3.24 OF THE POLICY. THE TOTAL POLICY PREMIUM ABOVE INCLUDES THE $18.00 POLICY FEE AND PREMIUM AMOUNT FOR ANY ATTACHED RIDERS, AMENDMENTS OR ENDORSEMENTS FOR WHICH THERE IS A CHARGE. AFTER THE PREMIUM GUARANTEE PERIOD, ANNUAL PREMIUMS FOR THE BASE POLICY MAY BE MORE OR LESS THAN THE CURRENT PREMIUMS SHOWN BUT WILL NEVER BE MORE THAN THE MAXIMUM PREMIUMS SHOWN IN THE SCHEDULE OF CURRENT AND MAXIMUM ANNUAL PREMIUMS.

### MODAL PREMIUM

MODES OF PREMIUM PAYMENT ARE SHOWN BELOW. THE AMOUNTS SHOWN BELOW INCLUDE THE PREMIUM AMOUNT FOR ANY ATTACHED RIDERS, AMENDMENTS OR ENDORSEMENTS FOR WHICH THERE IS A CHARGE.

| | PER MODE PREMIUM | TOTAL YEARLY PREMIUM | |
|---|---|---|---|
| Annually | 9,545.00 | ( 9,545.00 X 1) | 9,545.00 |
| Semi-annually | 4,987.17 | ( 4,987.17 X 2) | 9,974.34 |
| Quarterly | 2,550.50 | ( 2,550.50 X 4) | 10,202.00 |
| Monthly | 835.94 | ( 835.94 X 12) | 10,031.28 |

MONTHLY PREMIUM AMOUNTS SHOWN HERE, WHEN APPLIED TO CIVIL SERVICE ALLOTMENT, WILL BE INCREASED BY $.50 PER MONTH FOR A TOTAL YEARLY INCREASE OF $6.00.

INQUIRIES REGARDING YOUR POLICY SHOULD BE DIRECTED TO YOUR AGENT, OR, IF HE OR SHE IS NOT AVAILABLE TO OUR EXECUTIVE OFFICE AT THE FOLLOWING ADDRESS:

MIDLAND NATIONAL LIFE INSURANCE COMPANY
ATTN: POLICYOWNER SERVICE
ONE SAMMONS PLAZA
SIOUX FALLS, SD 57193
TOLLFREE 1-800-923-3223


EXHIBIT A

STATE OF TENNESSEE
DEPARTMENT OF COMMERCE AND INSURANCE
500 JAMES ROBERTSON PARKWAY
NASHVILLE, TENNESSEE 37243

CERTIFIED MAIL

7011 0470 0000 5066 4566

7011 0470 0000 5066 4566  8/25/11
MIDLAND NATIONAL LIFE INSURANCE COMPA
ONE MIDLAND PLAZA
SIOUX FALLS, SD 57193