IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KATIE D. SCOTT and<br>LINDA ATTKISSON FOSTER,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MIDLAND NATIONAL LIFE INSURANCE,<br><br>    Defendant/Counter-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)   Civil No. 1:11-0076<br>)   Judge Trauger<br>)<br>)<br>) |

## O R D E R

It is hereby **ORDERED** that the initial case management conference scheduled for December 8, 2011 is **CANCELLED**. It appears to the court that this case should be administratively closed on the court's docket and the Clerk is directed to **ADMINISTRATIVELY CLOSE** this case, pending a possible request to distribute the funds paid into the court.

It is so **ORDERED**.

ENTER this 6th day of December 2011.

_____
ALETA A. TRAUGER
U.S. District Judge